# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**JESSICA COTTON**

Case Number: 5:06-cr-14-Oc-10GRJ

USM Number: 14068-026

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

Te defendant admitted guilt to violation charge numbers 1 through 8 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for amphetamines in violation of Condition 7 of the Standard Conditions of Supervision | January 8, 2009 |
| 2 | Failure to participate in drug aftercare treatment in violation of the Special Condition | January 12, 2009 |
| 3 | Failure to participate in urinalysis testing in violation of the Special Condition | January 12, 2009 |
| 4 | Failure to participate in drug aftercare treatment in violation of Special Condition | December 22, 2008 |
| 5 | Failure to participate in drug aftercare treatment in violation of the Special Condition | December 23, 2008 |
| 6 | Failure to participate in drug aftercare treatment in violation of the Special Condition | December 29, 2008 |
| 7 | Failure to participate in drug aftercare treatment in violation of the Special Condition | December 30, 2008 |
| 8 | Failure to participate in urinalysis testing in violation of the Special Condition | December 27, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

JESSICA COTTON
5:06-cr-14-Oc-10GRJ

If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: March 19, 2009

_____
John Antoon II, United States District Judge

March __19__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **7 Months**

The Court recommends to the Bureau of Prisons:

> That defendant be designated for commitment of service to FCC Coleman, Florida and to receive drug rehabilitation treatment during term of incarceration.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JESSICA COTTON
5:06-cr-14-Oc-10GRJ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is discharged from further jurisdiction of this Court.